UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| IRA RAY DEAN HARTFORD IV,<br><br>Plaintiff,<br><br>v.<br><br>GRAYS HARBOR COUNTY OFFICIALS, *et al.*,<br><br>Defendants. | CASE NO. 3:19-cv-05757-RBL-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge J. Richard Creatura, any objections to the R&R, and the remaining record, does hereby find and **ORDER** that the R&R is **ADOPTED** and that plaintiff's motion to proceed *in forma pauperis* (Dkt. 6) is denied and the matter is dismissed without prejudice. The Clerk shall close the case and shall send copies of this Order to plaintiff and to Magistrate Judge Creatura.

Dated this 3rd day of March, 2020.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1