UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IRA RAY DEAN HARTFORD,

                    Plaintiff,

        v.

GRAYS HARBOR COUNTY
OFFICIALS,

                    Defendant.

CASE NO. C19-5757 BHS

ORDER

THIS MATTER is before the Court on pro se plaintiff Ira Ray Dean Hartford's omnibus motion, Dkt. 23, and on his master affidavit and motion for 7 day emergency partial playout and quarterly payout schedule, Dkt. 24.

This case was dismissed without prejudice and closed in March 2020. Dkts. 15 and 16.

Hartford's post judgment motions are difficult to follow. He first contends that defendants are in default, as "the clerk confirmed on June 10, 2020 and again on December 19, 2023." *See* Dkts. 23 at 1, 24 at 5. There are no such entries on the docket, and these allegations are false. To the contrary, this Court *denied* Hartford's post

ORDER - 1

judgment motion for default in February 2021, explaining that the defendant had no obligation to appear or defend in this closed case. Dkt. 19.

Hartford also contends

> The County Auditor issued a non-conditional acceptance confirming that a surety-related payout was due. During Purveyance, the Auditor interfered, sealed the record, and triggered the 70-day emergency payout obligation. The Washington State administrative actors then obstructed the ministerial payout process. The Auditor subsequently resigned from office. These facts are of record.

Dkt. 23 at 2. These "facts" are *not* of record. The remainder of Hartford's filings are similar. In any event, they do not have anything to do with this § 1983 prisoner civil rights case, Dkts. 1 and 14, which has been closed for more than 6 years.

All pending motions are **DENIED** as untimely, improper, and substantively without merit.

The Clerk shall file on the docket, but **not note for hearing**, any further filings in this case. The case remains closed.

**IT IS SO ORDERED**.

Dated this 27th day of April, 2026.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2